UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA AUZUMEEDI,<br><br>            Plaintiff,<br><br>    v.<br><br>WEST COAST RELOCATION SYSTEM, INC.,<br><br>            Defendant. | Case No. 23-cv-04174-TLT<br><br>**ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 37 |

Granted. Plaintiff avers that West Coast Relocation System, Inc. is a defunct business. Thereby, the court enters a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated: December 29, 2023

_____
TRINA L. THOMPSON
United States District Judge